979 A.2d 1291

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner**

v.

**James C. STROUSE, Respondent.**

**Misc. Docket AG No. 37 Sept.Term, 2008.**

Court of Appeals of Maryland.

Sept. 15, 2009.

## *ORDER*

The parties herein have jointly petitioned this Court to reprimand the Respondent, James C. Strouse, pursuant to Maryland Rule 16–772. Upon review of said Joint Petition and for reasons set forth therein, it is this 15th day of September, 2009,

ORDERED, that the Respondent, James C. Strouse, Esq., be, and is hereby, reprimanded.